UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:16-cr-118-SPC-NPM

JAMAR CREWS

## ORDER[1]

Before the Court is Defendant Jamar Crews' Motion for Consideration of Bond (Doc. 67), along with the Government's response in opposition (Doc. 70). Defendant has been on supervised release for the past two years, and it hasn't been smooth sailing.  His latest alleged violation is the most serious: a new state charge for sexual assault on a teenage girl.  He was arrested for that offense in September 2020, and a state judge set a surety bond at $150,000. Days later, the undersigned issued an arrest warrant to start proceedings to revoke his supervised release.  (Doc. 64).  A "federal no-bond hold" was then placed on him for the alleged supervised release violation.  (Doc. 70 at 2).

Fifteen months have now passed, and Defendant remains in state custody defending the sexual assault charge.  But (as best the Court can tell) Defendant is interested in posting bond.  So he asks the Court for an

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

opportunity to address being released from the federal hold as it relates to his alleged violation of supervised release. (Doc. 67). But the Court cannot address the federal hold before Defendant has first appeared for the federal violation. It would be premature for the Court to consider the federal hold before Defendant posts bond on his state charges and before he is transferred to federal custody. In other words, Defendant needs to post bond on the state charge so he may be properly presented on his federal violation of supervised release and argue for bond.

Accordingly, it is now

**ORDERED:**

Defendant Jamar Crews' Motion for Consideration of Bond (Doc. 67) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on January 25, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record